UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH W. BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 10-cv-04826 NC<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND AND DENYING REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

Plaintiff Sarah W. Brown requests an extension of time to file Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment and her Reply in support of Plaintiff's Motion for Summary Judgment (Dkt. No. 32). Plaintiff also requests the Court to hold a Case Management Conference. *Id.*

The Court GRANTS Plaintiff's request for an extension of time to file her opposition and reply papers. Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment, previously due by October 5, 2011, must be filed by October 14, 2011. Likewise, Plaintiff's Reply in support of her Motion for Summary Judgment may be filed on or before October 14, 2011. Plaintiff's Opposition and Reply may be filed together in a single document.

Case No. 10-cv-04826 NC
ORDER GRANTING EXTENSION
OF TIME

The Court DENIES Plaintiff's request for Case Management Conference. The Court's Procedural Order for Social Security Review Actions (Dkt. No. 4) reminds the parties that the Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Secretary complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed. 42 U.S.C. § 40(g). The Court finds it unnecessary to hold a Conference at this time. *See* NDCA Civil Local Rule 16-5 ("Unless the Court orders otherwise, upon the conclusion of this briefing schedule, the matter will be deemed submitted for decision by the District Court without oral argument.").

IT IS SO ORDERED.

DATED: October 6, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 10-cv-04826 NC
ORDER GRANTING EXTENSION
OF TIME